JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-259-GAF; CR 01-33-GAF | Date | April 18, 2012 |
|---|---|---|---|
| Title | Jose Trinidad Lara v. Linda Sanders (Warden) | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **(In Chambers)**

### ORDER DENYING PURPORTED SECTION 2241 PETITION

Petitioner contends that he petitions for relief from his conviction on grounds of his "actual innocence."  His petition belies such claim.  Rather, he complains about the United States Sentencing Guidelines offense level and enhancements.  Thus, he is in fact making yet another motion attacking his sentence under 28 U.S.C. § 2255.

Petitioner has already unsuccessfully attacked his sentence in a prior Section 2255 motion, and has not sought permission from the Ninth Circuit to file a successive petition. See 28 U.S.C. § 2255; Ninth Cir. Rule 22-3(a).  Moreover, even if he had requested permission, he could not make the showing required to file a second collateral attack on his conviction.  As the Government notes in its opposition to the petition, there are other procedural defects in the petition that preclude relief.

The petition is **DENIED** and is **ORDERED DISMISSED**.

IT IS SO ORDERED.

_____ : _____

JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-259-GAF; CR 01-33-GAF | Date | April 18, 2012 |
|---|---|---|---|
| Title | Jose Trinidad Lara v. Linda Sanders (Warden) | | |

Initials of
Preparer